IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**LAWRENCE P. GARCIA**,

       Plaintiff,

vs.                                                                 No. 10cv929 RHS

**MICHAEL J. ASTRUE**,
**Commissioner of Social Security,**

       Defendant.


## JUDGMENT


THIS MATTER came before the Court on Plaintiff's Motion to Reverse or Remand

Administrative Agency Decision (Doc. 15).  Consistent with the Memorandum Opinion and

Order entered in this case (Doc. 21),

IT IS ORDERED, ADJUDGED AND DECREED that this matter is remanded to the

Commissioner for further proceedings.



_____
ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE